```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America,     )
       Plaintiff,         )
                          )
  v.                          )
                          )
Catherine Silverman,          )           Civil No. 99-433-SM
       Defendant,         )
                          )
  and                         )
                          )
People's United Bank,         )
       Garnishee.         )

## ORDER TO QUASH
## WRIT OF CONTINUING GARNISHMENT

On November 17, 2011, a Writ of Continuing Garnishment and Clerk's Notice of Continuing Garnishment were issued in the above-captioned action by James R. Starr, Clerk, United States District Court. In accordance with the terms of the Writ of Continuing Garnishment, on November 22, 2011, accounts in the name of Catherine Silverman, held by People's United Bank, were levied on by the United States of America. Copies of the Application, Clerk's Notice and Writ of Continuing Garnishment were received by defendant, Catherine Silverman, on November 26, 2011.

Due to the minute balance in the accounts, the United States does not request a turnover of these funds. Accordingly, it is

ORDERED that funds in the amount of $60.49 seized on November 22, 2011, from accounts in the name of Catherine Sliverman, which are in the possession, custody or control of People's United Bank, be released back to the defendant, Catherine Silverman, and it is

ORDERED that the Writ of Continuing Garnishment issued on November 17, 2011, to People's United Bank, is hereby quashed.

IT IS SO ORDERED.

/s/ Steven J. McAuliffe
U.S. District Court Judge

DATED: November 29, 2011

cc: Michael T. McCormack, AUSA
 Catherine Silverman, pro se
 People's United Bank