```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America,
    Plaintiff,

   v.                                                        Civil No. 99-433-SM

Catherine Silverman,
    Defendant,

  and

Derry Cooperative School District,
    Garnishee.

## FINAL ORDER OF CONTINUING GARNISHMENT

On January 6, 2012, a Writ of Continuing Garnishment and Clerk's Notice were issued in the above-captioned action by this Court. The Garnishee and the Defendant were served with copies of the Application, Clerk's Notice and Writ of Continuing Garnishment on January 11, 2012 and January 12, 2012, respectively. As stated in Plaintiff's motion, Garnishee filed an Answer on January 17, 2012, stating to Plaintiff that at the time of service of the Writ, it had in its possession, custody or control, personal property, in the form of bi-weekly disposable earnings, belonging to and due defendant, Catherine Silverman. Defendant agreed to waive her right to a hearing pursuant to 28 U.S.C. § 3202(d). Therefore, it is

ORDERED that Garnishee pay Twenty-Five and 00/100 Dollars ($25.00) of the Defendant's bi-weekly disposable earnings (earnings remaining after all deductions required by law have been withheld) beginning the first full pay period after the date of this Order and thereafter, to Plaintiff and continue said payments until the debt to Plaintiff is paid in full or until the Garnishee no longer has

possession, custody or control of any property belonging to the Defendant or until further Order of this Court. Said payments shall be made payable to U.S. Department of Justice and mailed to U.S. Attorney's Office, 53 Pleasant Street, 4th Floor, Concord, NH 03301.

IT IS FURTHER ORDERED, that Defendant shall keep the United States Attorney's Office currently informed, in writing, of any change in her employment, place of residence, or telephone number. Defendant shall provide such information to the United States Attorney's Office at the address listed above.

**SO ORDERED THIS** 24th **DAY OF** January , 2012.

/s/ Steven J. McAuliffe
_____
Steven J. McAuliffe
U.S. District Court Judge


cc: U.S. Attorney's Office
    Catherine Silverman, pro se
    Derry Cooperative School District