```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America,
    Plaintiff,

    v.                                      Civil No. 99-433-SM

Catherine Silverman,
    Defendant,

  and

Derry Cooperative School District,
    Garnishee.

<u>ORDER TO QUASH FINAL ORDER OF CONTINUING GARNISHMENT</u>

On January 24, 2012, a Final Order Continuing Garnishment was issued in the above-captioned action by this Court.  In accordance with the terms of the Final Order of Continuing Garnishment, Derry Cooperative School District, garnishee, is to submit bi-weekly payments to Plaintiff until the debt is paid in full or until the Garnishee no longer has possession, custody or control of any property belonging to the Defendant or until further Order of this Court.

Payment in full of this debt was received by Plaintiff through an Administrative Offset from the Department of Treasury on March 6, 2012.  Having received payment in full,

    **IT IS HEREBY ORDERED**

The Final Order of Continuing Garnishment issued on January 24, 2012, against Derry Cooperative School District, is hereby quashed pursuant to 28 U.S.C. § 3205(10)(C).

**IT IS SO ORDERED.**

                                     /s/ Steven J. McAuliffe
                                    Steven J. McAuliffe
                                    U.S. District Court Judge

DATED: March 12, 2012


cc:  Michael T. McCormack, AUSA
     Catherine Silverman, pro se defendant
     Derry Cooperative School District, garnishee